IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                          CASE NO:

MARCH, NORMAN R.
MARCH, LILLIAN                                      6:14-BK-10012-CCJ
    Debtor.
_____/

## MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION

The Debtors, Lillian March and Norman R. March, request entry of an Order referring Debtor and U.S. Bank National Association, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-9, to mortgage modification mediation and in support states:

1. Debtors filed this Chapter 13 case in an attempt to retain their primary residence, 139 Westwood Drive, Daytona Beach, Florida 32119.

2. The last four digits of the account number relating to the mortgage: 0500

3. Debtors would like to modify the terms of the mortgage encumbering thier primary residence. Debtors' income will allow them to contribute as much as 31 percent of their current gross income to payment of their modified mortgage debt.

4. Mediation pursuant to local Rule 9019-2 will assist the parties in negotiations of a modification of the relevant mortgage.

5. Debtors will pay the $250.00 mediation cost to their attorney prior to attending any scheduled mediation.

WHEREFORE, Debtors, Norman March and Lillian March, request the entry of an Order referring this case to mediation and for such other relief this Court may deem appropriate.

Dated this 18th day of November, 2014.

/s/ James Skow
James Skow
Attorney for Debtor
Florida Bar No: 113190
139 Executive Circle Suite 103
Daytona Beach, FL 32114
(386) 310-4894 telephone
jskow@skowlaw.com

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that and true and correct copy of the foregoing has been furnished by either electronic of US prepaid Mail to:

Lillian and Norman March
139 Westwood Drive
Daytona Beach, FL 32119-1426

Gavin N. Stewart, Esq.
Attorney for U.S. Bank National Association
Buckley Madole, P.C.
P.O. Box 22408
Tampa, FL 33622

U.S. Bank National Association
Trustee for Stanwich Mortgage Loan Trust Series 2012-9
1610 E. St Andrew Place
Suite B-150
Santa Ana, CA 92705

Laurie Weatherford, Trustee,
PO Box 3450,
Winter Park, FL 32790

U.S. Trustee,
400 West Washington St,
Suite 1100,
Orlando, FL 32801

This ___18th___ day of November, 2014.

                                                                           James Skow
                                                                           Attorney for Debtor