**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

**Norman Richard March and Lillian Louise March**

      **Debtor(s).**

      CASE NO. 6:14-bk-10012-CCJ
      CHAPTER 13

_____/

## OBJECTION TO CONFIRMATION

      COMES NOW, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WELLS FARGO HOME EQUITY TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-1 ("Claimant"), a secured creditor in the above-styled cause, and files this, its Objection to Confirmation of the Debtors' proposed Chapter 13 Plan ("Plan"). In support thereof, Claimant alleges the following:

      1.    Claimant holds a secured mortgage on the real property located at 75 APPLETON AVENUE, PITTSFIELD, MA 01201 (the "Subject Property"), for which Claimant intends to file a proof of claim.

      2.    The Debtors' plan and schedules fail to include the Subject Property. Debtor Norman Richard March executed a Note and Mortgage on or about December 11, 2003.

      3.    At the time of filing, there were arrearages of $66,570.72, and the post-petition payment is $981.54.

      4.    Claimant retains its right to supplement or amend this Objection to Confirmation.

      5.    As a result of the necessity of preparing and filing this Objection to Confirmation, Claimant has incurred additional attorney fees.

WHEREFORE, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WELLS FARGO HOME EQUITY TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-1 prays that the Court deny confirmation of the proposed Chapter 13 Plan and grant it such additional relief as the Court deems just and proper.

Ronald R Wolfe & Associates, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3485
Fax: 813-251-1541
Email: bkatt@wolfelawfl.com

By: /s/ Teresa M. Hair
Teresa M. Hair
Florida Bar No. 44079

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Objection to Confirmation has been furnished by regular U. S. Mail to all parties listed below on January 21, 2015.

Norman Richard March
139 Westwood Drive
Daytona Beach, FL   32119

Lillian Louise March
139 Westwood Drive
Daytona Beach, FL   32119

      I HEREBY CERTIFY that a copy of the foregoing Objection to Confirmation has been furnished by Electronic Mail to all parties listed below on January 21, 2015.

James Skow
jskow@skowlaw.com
139 Executive Circle, Suite 103
Daytona, FL   32114

Laurie K. Weatherford, Trustee
ECF Service
Post Office Box 3450

      Ronald R Wolfe & Associates, P.L.
      P.O. Box 25018
      Tampa, Florida   33622-5018
      Phone   (813) 251-4766
      Fax   (813) 251-1541

      By:   /s/   Teresa M. Hair
         Teresa M. Hair
         FLORIDA BAR NO. 44079