UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                          CASE NO.:

MARCH, NORMAN                         6:14-BK-10012-CCJ
MARCH, LILLIAN

             Debtor(s).
_____/

## AMENDED CHAPTER 13 PLAN

     COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

### PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1-30 (September, 2014 – February, 2017) | $805.00 |
| 31-60 (March, 2017 – August 2019) | $740.00 |

     The Debtor(s) shall pay by money order, cashier's check, or wage deduction, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

### PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| James J. Skow | $3,400 | $114.00 | 1-30 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the Unites States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| US Bank, N.A. (A Motion for Referral To Mortgage Modification Mediation has been filed) | $136,927.89 | $610.70 | 1-60 |
| Capital One CLTRL | $761.49@15.8% | $30.87 | 30-60 |
| Volusia County Finance Dept | $522.85 @18% | $21.74 | 30-60 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|


**Property to be Surrendered:**

| Creditor Name: | Property Address: |
|---|---|
| U.S. Bank, N.A. As Trustee | 75 Appleton Avenue Pittsfield MA 01201 |

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

(motion to value must be filed consistent with plan treatment)

**Executory Contracts:**

The following Executory Contracts are assumed

| Name of Creditor: | Description of Collateral: | Month Numbers: |
|---|---|---|

**The following Executory Contracts are rejected:**
**Name of Creditor:**                          **Description of Collateral:**

**Unsecured Creditors**: whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage:_____%

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of the Amended Chapter 13 Plan of Debtor(s) was furnished by the United States mail, postage prepaid, to All Creditors and Parties In Interest as listed on the Court's Matrix as attached, this 6th day of February, 2015.

_____
Debtor Signature

_____
Debtor Signature

_____
James Skow
Attorney for Debtor
139 Executive Circle Suite 103
Daytona Beach FL 32114
(386) 310-4894
jskow@skowlaw.com
FL Bar No. 113190